UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

TEXAS GUARANTEED STUDENT
LOAN CORPORATION

PLAINTIFF,

v.

Civil Action Number:
1:07-cv-02470 WDM-MJW

MILE HIGH HUMANE SOCIETY

DEFENDANT.

---

**ORDER GRANTING PLAINTIFF LEAVE TO SERVE A REQUEST FOR PRODUCTION OF DOCUMENTS ON DEFENDANT PURSUANT TO FED.R.CIV.P. 34 TO OBTAIN EVIDENCE NEEDED TO LIQUIDATE ITS CLAIM IN A DEFAULT JUDGMENT**

(Docket p. 12)

The plaintiff's motion for leave to serve a request for production of documents on defendant pursuant to FED.R.CIV.P. 34 to obtain evidence needed to liquidate its claim in a default judgment is granted as follows:

The plaintiff shall serve the request for production of documents in the form attached to its motion on the defendant. The defendant is ORDERED to produce the requested records and deliver them to the plaintiff's attorney at her office by mailing them addressed to Jennifer Salisbury, Block Markus & Williams, LLC, 1700 Lincoln Street, Suite 4000, Denver, CO 80203 by the 30th day after service of that request, or to make timely objections thereto in accordance with the procedure provide by rule.

DATED February 1, 2008.

BY THE COURT

_____
UNITED STATES DISTRICT JUDGE

MICHAEL J. WATANABE
MAGISTRATE JUDGE
DISTRICT OF COLORADO